David A. Garcia – Bar No. 218356
Email: david.garcia@tafoyagarcia.com
**TAFOYA & GARCIA, LLP**
316 West 2nd Street, Suite 1000
Los Angeles, California 90012
Tel: (213) 617-0600 / Fax: (213) 617-2226

Clifton W. Albright - Bar No. 100020
Email: Clifton.albright@ayslaw.com
Lucien A. Schmit III - Bar No. 116151
Email: Lucien.schmit@ayslaw.com
**ALBRIGHT, YEE & SCHMIT, APC**
888 West 6th Street, 14th Floor
Los Angeles, California 90017
Tel: (213) 833-1700 / Fax: (213) 833-1710

Attorneys for Defendant **CITY OF BALDWIN PARK**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| www.RichardPacheco.com, an unincorporated association; Gregory Tuttle, an individual;<br><br>                    Plaintiffs,<br>vs.<br><br>City of Baldwin Park,<br><br>                    Defendant. | Case No.: 2:16-cv-09167-CAS-GJS<br><br>Hon. Christina A. Snyder / Dept. 8D<br><br>**JOINT SUBMISSION OF PROPOSED LANGUAGE GRANTING PRELIMINARY INJUNCTIVE RELIEF TO PLAINTIFFS**<br><br>Complaint Filed:  12/12/2016 |

1  After meeting and conference pursuant to the Court's direction in its Order of July 10, 2017 (Document 42) the parties, by and through their counsel of record, propose the following language providing preliminary injunctive relief (the footnote is for the Court and should not to be part of the final Order):

1. The City of Baldwin Park shall allow the display of temporary signs, banners, and flags on any private non-residential property on the same basis that such display is allowed for a new business, provided that a notice of intent to display such signs, banners, and flags is first given to the Planning Commission and designates the start of the period for such display. [1]

2. The City of Baldwin Park shall allow the display of temporary inflatable signs, banners, and pennants on any private non-residential property on the same basis that such display is allowed for a business that is promoting a "grand opening" or other special event.

3. The City of Baldwin Park shall allow the display of signs on any private property on the same basis that such display is allowed at or near elections provided that notice of intent to display such signs for a period of up to 60 days is first given to the Planning Commission, in lieu of displaying them at or near an election, when the signs are not related to a specific election.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] No Planning Commission Approval is required or contemplated. The Notice provision is to give the City notice of the start of the 60 day period. This is to parallel the notice received by the City when a new business applies for a business license.

4. The City of Baldwin Park shall allow the display of a maximum of two flags on any private residential property.

Dated:  July 19, 2017  **LAW OFFICES OF CAROL A. SOBEL**

By: */s/ Carol A. Sobel* .
    Carol A. Sobel

Attorneys for Plaintiffs
**www.RICHARDPACHECO.COM,
GREGORY TUTTLE**

Dated:  July 19, 2017  **ALBRIGHT, YEE & SCHMIT, APC**

By: */s/ Lucien A. Schmit II* .
    Lucien A. Schmit III

Attorneys for Defendant
**CITY OF BALDWIN PARK**

## ECF/PACER FILE AND SERVE

I, CONNIE R. WHITE, declare:

1. I am over the age of 18 years and am not a party to the within action. I am employed by Albright Yee and Schmit, APC in the City of Los Angeles, State of California.

2. My business address is 888 West 6th Street, 14th Floor, Los Angeles, CA 90017.

3. On July 19, 2017, I served a copy of the foregoing document, titled:

**JOINT SUBMISSION OF PROPOSED LANGUAGE GRANTING PRELIMINARY INJUNCTIVE RELIEF TO PLAINTIFFS**

[ X ] by filing and serving directly through ECF/Pacer at the USDC-Central District of California website at: https://cacd.uscourts.gov.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 19, 2017 at Los Angeles, California.

By: /s/ Connie R. White

ALBRIGHT, YEE & SCHMIT, APC

**ECF/PACER FILE & SERVE**